UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | Case No. 3:24-cr-05167-TMC-1 |
|---|---|
| Plaintiff, | ORDER TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE |
| v. | |
| LLUVIA S. FIGUEROA, | |
| Defendant. | |

THE COURT has considered Lluvia Figueroa's motion to continue the trial date and extend the pretrial motions deadline, including the *ex parte* sealed declaration filed at Dkt. 20, and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

ORDER TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE - 1

(c) the additional time requested is a reasonable period of delay as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

(e) the time requested between the current trial date and the new trial date is needed to provide counsel the reasonable time necessary to prepare for trial considering counsel's schedule and all the facts set forth above; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS ORDERED that the trial date shall be continued to October 19, 2026. Counsel are further ORDERED to meet and confer no later than April 10, 2026 and file a proposed schedule for the remaining pretrial deadlines no later than April 17, 2026. Counsel are encouraged to reach agreement on a schedule for pretrial deadlines, but they may also file proposed alternative schedules in the same document and note it as a same-day motion.

Dated this 1st day of April, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE - 2